**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES ANTHONY RITENOUR,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No.: 1:21-cv-01220-EPG<br><br>ORDER DIRECTING E-SERVICE AND STAYING CASE PURSUANT TO GENERAL ORDER 615 |

Plaintiff James Anthony Ritenour, proceeding through counsel, filed this action seeking judicial review of an administrative decision of the Commissioner of Social Security denying the Plaintiff's claim for disability benefits under the Social Security Act. Plaintiff has paid the applicable filing fee in full.

IT IS HEREBY ORDERED that:

1. Service on the Commissioner of Social Security shall proceed under the Court's E-Service program as follows: The Clerk of Court shall deliver to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses a notice of electronic filing of the action along with the summons and complaint. The Commissioner has agreed not to raise a defense of insufficient service of process if provided with notice of a complaint as detailed in this order. This order is not intended to prevent parties from making any other motions that are appropriate under the Federal Rules of Civil Procedure.

2. The parties are hereby notified that, pursuant to General Order Number 615, this action has been stayed pending filing of the administrative record. See E.D. Cal. G.O. No. 615 at 6, 10.

IT IS SO ORDERED.

Dated: __August 16, 2021__      /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE